

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-87,044-01

**EX PARTE ROGER EVAN GARRETT, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 20130D01613-168-1 IN THE 168ᵀᴴ DISTRICT COURT FROM EL PASO COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to forty years' imprisonment. The Eighth Court of Appeals affirmed his conviction. *Garrett v. State*, No. 08-13-00323-CR (Tex. App.—El Paso Nov. 4, 2015).

On July 26, 2017, this Court remanded this application to the trial court for findings of fact and conclusions of law. On October 18, 2017, the trial court signed findings of fact and conclusions of law that were based on the affidavit from trial counsel. The trial court recommended that relief

be denied. The trial court also recommends that this Court reform the judgment to delete the affirmative finding of a deadly weapon and the five-thousand dollar fine.

Based on the trial court's findings of fact as well as this Court's independent review of the entire record, we deny relief. The judgment of the trial court is also reformed to delete the affirmative finding of a deadly weapon and the five-thousand dollar fine.

Filed: November 15, 2017
Do not publish